IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:23CR__-1 |
| PATRICK ANTHONY ROWLAND | : |

FACTUAL BASIS

NOW COMES the United States of America, by and through Sandra J. Hairston, United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states as follows:

In March of 2023, Patrick Anthony Rowland, the defendant, was interviewed in connection with an investigation involving the distribution of controlled substances in the Durham area. Rowland was cooperative with investigators and consented to a request to search his phone (717-809-3374). Investigators extracted his phone data using a Cellebrite Extraction Device. Special Agent Spragins and Task Force Officer Andrews of the Drug Enforcement Administration subsequently reviewed Rowland's phone records and noted approximately 1,140 text messages between Rowland and a contact he had saved as "Barber Durham." The agents recognized the phone number associated with "Barber Durham" and knew that individual to be a local drug dealer. Further examination of the text messages established that over a

period of several months "Barber Durham" was supplying Rowland with marihuana and cocaine. Rowland was, in turn, supplying those controlled substances to fellow students at a local university.

The following are excerpts of text exchanges between Rowland (PR) and "Barber Durham" (BD):

September 24, 2022

    PR:    "Can we get a half?"

    BD:    "Weed"

    PR:    "Yuh….We'll be there around 2"

October 29, 2022

    PR:    "Are you available for 2g of snow today…….Actually an 8 ball"[1]

    BD    "Wya" (where you at?)

    PR:    "It's for a friend"

January 11, 2023

    PR:    "Can I get a half of weed today?"[2]

    BD:    "Yes"

---

[1] Cocaine Hydrochloride is commonly referred to as "snow" in the drug trade and an "8 ball" is 3.5 grams.
[2] Marihuana is commonly referred to as "weed" in the drug trade.

2

January 16, 2023

PR: "Hey dude, how much for 2 ounces?....Trying to buy for an event we're having"

BD: "$240"

PR: "Wya today? And prob just the 2 ounces. No blow today, And actually, can you throw in like $30 of weed on top of that? That'll be my little stash"[3]

Based on a review of the text messages, over a span of roughly seven months Rowland used his cellular phone to buy approximately 7.5 grams of cocaine hydrochloride and 29 ounces of marihuana from "Barber Durham." The text messages also make clear that Rowland was using some of those controlled substances himself and distributing the rest to other students.

---

[3] Cocaine Hydrochloride is also commonly referred to as "blow" in the drug trade.

This the 1st day of June, 2023.

Respectfully submitted,

SANDRA J. HAIRSTON
United States Attorney

/S/ MICHAEL A. DeFRANCO
Assistant United States Attorney
NCSB #23072
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351

/S/TRACY WILLIAMS-DURHAM
NYSB # 5523865
Assistant United States Attorney
United States Attorney`s Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
336/333-5351

CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

/S/ MICHAEL A. DeFRANCO
Assistant United States Attorney
NCSB #23072
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth Street, 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351